UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                       Case No. 8:02-cr-459-T-26EAJ

ABELARDO OROZCO,
_____/

### ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE is before the Court on this 29th day of February, 2008, on a Petition to Revoke Supervised Release. The Defendant, Abelardo Orozco, appeared with Counsel, Assistant Federal Public Defender Mary Mills, and Stephen Muldrow, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted allegations two and three in the Petition for Revocation of Supervised Release. Based on the defendant's admission to these allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on September 12, 2003.

The Court makes no finding as to allegation one.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein is **REINSTATED** as to the above named defendant with the same terms and conditions with the addition that the defendant do 30 hours of community service.

DONE AND ORDERED at Tampa, Florida this ____ day of March, 2008.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation