UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-cr-459-T-26EAJ

ABELARDO OROZCO,
_____/

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE is before the Court on this 11th day of April, 2008, on a Petition to Revoke Supervised Release. The Defendant, Abelardo Orozco, appeared with Counsel, Assistant Federal Public Defender Mary Mills, and James Muench, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegation in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegation in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on September 12, 2003.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REINSTATED** with the same terms and conditions with the following additional conditions:

   a. The defendant, **Abelardo Orozco**, shall have no contact with Misty Resch, and

   b. The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability

of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

DONE AND ORDERED at Tampa, Florida this 11th day of April, 2008.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Copies:
-U.S. Attorney's Office
-Defense Counsel
-U.S. Marshal
-U.S. Probation