# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For Revocation of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:02-cr-459-T-26EAJ |
| ABELARDO OROZCO | USM Number: 40808-018 |
| | |
| | Adam Tanenbaum, AFPD |
| | Defendant's Attorney |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) _1,3,4,5,6_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Giving worthless Check(s) | September 6, 2008 |
| 3. | Failure to follow the instructions of the probation officer | December, 2008 |
| 4. | Failure to participate in Mental Health Counseling | Dec 5, 2008-Feb 27, 2009 |
| 5. | Failure to complete community service hours | October, 2008 |
| 6. | Failure to submit monthly supervision reports | Oct. 2008 - Feb. 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number(s) __2__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_April 13, 2009_
Date of Imposition of Judgment

_[signature]_
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

_4/13/09_
Date

Defendant: ABELARDO OROZCO  Judgment - Page 2 of 2
Case No.: 8:02-cr-459-T-26EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) MONTHS** as to Violation(s) One, Three, Four, Five and Six of the Petition of Violation of Supervised Release.

__X__ The Court makes the following recommendations to the Bureau of Prisons: A Federal mental facility located in Butner North Carolina.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.  p.m. on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated b the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL